**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6327**

_____

DRYNE PRICE,

                Petitioner - Appellant,

        v.

WARDEN, PERRY CORRECTIONAL INSTITUTION,

                Respondent - Appellee,

        and

JON OZMINT, Director,

                Respondent.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   David C. Norton, Chief District
Judge.  (8:07-cv-00386-DCN)

_____

Submitted:  July 15, 2008          Decided:  July 29, 2008

_____

Before TRAXLER and KING, Circuit Judges, and WILKINS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Dryne Price, Appellant Pro Se. William Edgar Salter, III, Assistant
Attorney General, Donald John Zelenka, Deputy Assistant Attorney
General, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dryne Price seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Price has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED